IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITE HERE HEALTH, ) | |
| ) | |
| MATTHEW WALKER, as fiduciary of ) | |
| UNITE HERE HEALTH, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 15 C 7942 |
| vs. ) | |
| ) | JUDGE REBECCA R. PALLMEYER |
| PM HOSPITALITY STRATEGIES, INC, d/b/a ) | |
| HILTON MEADOWLANDS HOTEL, d/b/a ) | |
| ML PLAZA OWNER, LLC, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PM HOSPITALITY STRATEGIES, INC., d/b/a HILTON MEADOWLANDS HOTEL, d/b/a ML PLAZA OWNER, LLC, in the total amount of $474,942.99, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,155.00.

On September 18, 2015, the Summons and Complaint was served on the Defendant (by tendering a copy of said documents to Scott Fredericks, Managing Agent) at the Defendant's place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 9, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Laura M. Finnegan

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>9th</u> day of <u>November 2015</u>:

      Mr. Joseph Bojanowski
      PM Hospitality Strategies, Inc.,
       d/b/a Hilton Meadowlands Hotel,
      d/b/a ML Plaza Owner, LLC
      Two Meadowlands Plaza
      East Rutherford, NJ 07073

             /s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: <u>lmfinnegan@baumsigman.com</u>

I:\HEREW\PM Hospitality\Hilton Meadowlands\#26434\motion for entry of default and judgment.lmf.df.wpd